UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST TO SET CHANGE OF PLEA |
| v. | ) | AND SENTENCING ON OCTOBER 27, |
| | ) | 2011 AND TO EXCLUDE TIME UNDER |
| MICHAEL JACOB SANCHEZ, | ) | THE SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | Date:      July 26, 2011 |
| | ) | Time:      10:00 a.m. |
| | ) | Court:     Hon. Saundra Brown |
| | ) | Armstrong |
|_____| ) | |

        The parties jointly requested that the July 26, 2011 status hearing in this matter be

vacated and that this matter be set for change of plea and sentencing on October 27, 2011 at

10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act

between July 26, 2011 and October 27, 2011 to allow time for the Court to consider the proposed

plea agreement to be entered into by the defendant and the attorney for the government, and to

allow time for the preparation of a Presentence Investigation Report by the United States

Probation Office.  Defendant agreed that the Court may review the pre-plea Presentence

Investigation Report even though he has not yet pleaded guilty.  Good cause appearing therefor,

and pursuant to 18 U.S.C. § 3161(h)(1)(G),

1    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on

2  October 27, 2011 at 10:00 a.m., and that time between July 26, 2011 and October 27, 2011 is

3  excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for

4  consideration by the Court of a proposed plea agreement to be entered into by the defendant and

5  the attorney for the government.

6    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a

7  Presentence Investigation Report.

8

9  DATED:__7/25/11                                       _____

10                                                       HON. SAUNDRA BROWN ARMSTRONG
                                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON OCTOBER 27, 2011 & TO EXCLUDE TIME
No. CR-11-00291 SBA